UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT JUARBE #303486                                CIVIL ACTION

VERSUS                                               NO.06-513

BURL CAIN WARDEN                                     SECTION "" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

X a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right for the reasons stated in the report and recommendation of the magistrate judge which was adopted by this court in its order and reasons of September 29, 2006; and for the reasons stated in this court's order and reasons of June 17, 2009, denying plaintiff's Rule 60(b) motion. 28 U.S.C. §2253(c)(2).

Date:  12/14/09                         _____
                                           UNITED STATES DISTRICT JUDGE